# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-0852
Lower Tribunal No. 2017-CF-002865-AO

_____

CEDRICK A. DAVIS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Orange County.
Leticia Marques, Judge.

June 23, 2026

PER CURIAM.

AFFIRMED.

WHITE, SMITH and KAMOUTSAS, JJ., concur.


Cedrick A. Davis, Live Oak, pro se.

James Uthmeier, Attorney General, Tallahassee, and Deborah A. Chance, Assistant Attorney General, Daytona Beach, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED